UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) Civil no. 2:11-cv-00146-NT |
| v. | ) ) |
| DANA WEBSTER, | ) ) |
| Defendant. | ) |

ORDER AFFIRMING THE RECOMMENDED DECISION
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MEMORANDUM
DECISION ON MOTION TO STRIKE

On February 27, 2012, the United States Magistrate Judge filed with the court his Report and Recommended Decision on Cross Motions for Summary Judgment and Memorandum Decision on Motion to Strike (Docket No. 24). The Defendant filed her objections on March 15, 2012 (Docket No. 26). The Plaintiff filed its response to the Defendant's objections on April 2, 2012 (Docket No. 27).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby AFFIRMED;

2. The Defendant's Motion to Strike is DENIED;

3. The Defendant's Motion for Summary Judgment is DENIED and the Plaintiff's Motion for Summary Judgment is GRANTED.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 29th day of May, 2012.